APPEAL No. 76-206. PACIFIC FIDELITY INSURANCE Co. *et al. v.* PETER F. MULLANEY. Case is specially assigned to the cal-

endar of December 6, 1976 for the parties to show cause why case should not be summarily remanded to Superior Court for further proceedings. *Edwards & Angell, Deming E. Sherman, John V. Kean,* for Piedmont Capital Corporation, appellant. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for appellee.